THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Devon Quinton Takuri, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2007-UP-449
Submitted October 1, 2007  Filed October
 10, 2007  
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Cleary, of Columbia, Devon Quinton
 Takuri, of Pelzer, for Appellant;
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Appellant,
 Devon Quinton Takuri, pled guilty to two counts of second-degree burglary.  The
 trial judge sentenced him to two concurrent terms of twelve years in prison. 
 Takuris counsel attached to
 the brief a petition to be relieved as counsel, stating that she had reviewed
 the record and concluded this appeal lacks merit.  Takuri filed a separate pro se brief.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 CJ., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.